**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JOSEPH ANTHONY DIAZ; LUIS RAMON CAMPAS, <br><br> Plaintiffs - Appellants, <br><br> v. <br><br> STATE OF ARIZONA, a separate entity and in its capacity as the Arizona State Boxing Commission; JANET A. NAPOLITANO, in her capacity as ex-Governor; EARL VANCE WILCOX, in his individual and representative capacity as Ex-Special Assistant to the Governor; MARY ROSE WILCOX, in her individual and representative capacity as ex-member of the Arizona State Boxing Commission and as Supervisor of District 5, Maricopa County Board of Supervisors; JOHN MONTANO, in his individual and representative capacity as the Ex-Executive Director and/or Assistant Director of the Arizona State Boxing Commission or Boxing Director; COUNTY OF MARICOPA, a municipal entity and in its capacity as the Maricopa County Board of Supervisors; RICHARD M. ROMLEY, an ex-Acting Maricopa | No. 12-16103 <br><br> DC No. 2:11-cv-02337-FJM <br><br> MEMORANDUM[*] |

---

\*   This disposition is not appropriate for publication and is not precedent except as provided by Ninth Cir. R. 36-3.

County Attorney; PETER MCKINN, III, an individual and as an employee of Top Rank Incorporated; TOP RANK INCORPORATED, a corporation, as a separate entity; GABRIEL ESQUEDA, an individual and as an employee of Top Rank and/or Peter McKinn III; BRUCE TRAMPLER, an employee of Top Rank; BOB ARUM, an employee of Top Rank,

Defendants - Appellees.

Appeal from the United States District Court
for the District of Arizona
Frederick J. Martone, Senior District Judge, Presiding

Submitted February 14, 2014[**]
San Francisco, California

Before: TALLMAN and RAWLINSON, Circuit Judges, and GARBIS, Senior District Judge.[***]

Joseph Diaz and Luis Campas brought a 20-count, 51-page complaint against a dozen defendants. Diaz and Campas claim that one defendant wrote them a bad check, and that when they tried to have that defendant prosecuted, the other defendants retaliated against them by, among other things, taking away their boxing licenses. (Diaz is a trainer and Campas a boxer.) The district court granted

---

[**] The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

[***] The Honorable Marvin J. Garbis, Senior District Judge for the United States District Court for the District of Maryland, sitting by designation.

the defendants' motions to dismiss under Rule 12(b)(6) of the Federal Rules of Civil Procedure. Campas and Diaz appeal. Jurisdiction lies under 28 U.S.C. § 1291. We review de novo, *Knievel v. ESPN*, 393 F.3d 1068, 1072 (9th Cir. 2005), and affirm for the reasons stated by the district court.

AFFIRMED.